PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JUSTIN CATER

Crim. No. 5:04CR10-001

On _____August 4, 2004_____ the above named was placed on probation/supervised release for a period of __five__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __20th__ day of __February__, 20 __15__.

_____
M. Casey Rodgers
United States District Judge